# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CLEOTIS WILLIS**                                                          PLAINTIFF
#202401938

v.                          No. 4:25-cv-97-DPM

B. MOYSTER, #9463, Patrol
Officer, North Little Rock
Police Department;   J. EDWARDS,
#0515, Patrol Officer, North Little
Rock Police Department;
N. STEWART, #7240, Patrol Officer,
North Little Rock Police Department;
J. MAYNARD, #4748, Investigator,
North Little Rock Police Department;
T. BARBER, #9622, Investigator,
North Little Rock Police Department;
WILLIAM DANIEL SHELTON, JR.,
Attorney at Law, Federal Public Defender's
Office;   LATRECE E. GRAY, Attorney
at Law, Federal Public Defender's Office;
DOMINIQUE KING, Attorney at Law,
DTK Legal Solutions P.C.;   GARRY J.
CORROTHERS, Attorney at Law, CJA
Appointment;   SHAWN TOBIN,
Investigator, Federal Public Defender's
Office;   NORTH LITTLE ROCK
POLICE DEPARTMENT;   Lisa Peters,
Head Public Defender, Public Defender's
Office;   DOE, Chemist #2021-014865,
Arkansas State Crime Lab                                                    DEFENDANTS

## ORDER

1.  Willis hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 26 March 2025. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2.  The Court directs the Clerk to mail Willis an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Willis will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 February 2025