IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **CLEOTIS WILLIS**<br>#202401938 | PLAINTIFF |
| v.    No. 4:25-cv-97-DPM | |
| B. MOYSTER, #9463, Patrol Officer, North Little Rock Police Department;   J. EDWARDS, #0515, Patrol Officer, North Little Rock Police Department;   N. STEWART, #7240, Patrol Officer, North Little Rock Police Department;   J. MAYNARD, #4748, Investigator, North Little Rock Police Department;   T. BARBER, #9622, Investigator, North Little Rock Police Department;   WILLIAM DANIEL SHELTON, JR., Attorney at Law, Federal Public Defender's Office;   LATRECE E. GRAY, Attorney at Law, Federal Public Defender's Office;   DOMINIQUE KING, Attorney at Law, DTK Legal Solutions P.C.;   GARRY J. CORROTHERS, Attorney at Law, CJA Appointment;   SHAWN TOBIN, Investigator, Federal Public Defender's Office;   NORTH LITTLE ROCK POLICE DEPARTMENT;   LISA PETERS, Head Public Defender, Public Defender's Office; and DOE, Chemist #2021-014865, Arkansas State Crime Lab | DEFENDANTS |

## ORDER

1.    Willis's motion to proceed *in forma pauperis*, *Doc. 5*, and motion for status update, *Doc. 6*, are granted. The Court assesses an initial partial filing fee of $20.47. Willis's custodian must collect monthly payments from his prison trust account each time the amount in the account exceeds $10. These payments will be equal to twenty percent of the preceding month's income credited to the account; and they will be collected and forwarded to the Clerk of the Court until the $350 filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments forwarded on Willis's behalf must be clearly identified by case name and case number.

2.    The Court directs the Clerk to send a copy of this Order to the Administrator of the Greene County Detention Center, 1809 North Rockingchair Road, Paragould, Arkansas 72450.

3.    The Court must screen Willis's § 1983 complaint. *Doc. 1*; 28 U.S.C. § 1915A(a). In June 2021, Officer Moyster stopped a car for having fake tags. Willis was a backseat passenger. Believing he saw Willis hide something between his leg and the door, Officer Moyster called for backup. Officers Edwards and Steward arrived within two-to-three minutes and removed Willis from the car. Despite searching him several times and finding nothing, Willis says another officer searched him again, pulling his pants down, and exposing his naked body roadside. *Doc. 1 at 7*. At that point, the officer claimed he found

a bag of drugs on Willis, and he was arrested. Willis says Officers Barber and Maynard questioned him about a single bag of drugs back at the station. At some point, however, Willis says one bag became two bags, increasing the charges against him. Willis challenges the legality of the stop and search, alleges the evidence was tampered with, and challenges the effectiveness of his defense counsel throughout his representation. He seeks damages.

The Court should abstain from proceeding with Willis's claims because his criminal case is ongoing. Willis was charged with six counts of possession of drugs and firearms. *United States v. Willis*, No. 4:22-cr-84-KGB, United States District Court for the Eastern District of Arkansas. The trial is set for 2 June 2025. He can raise his various challenges to the stop, search, and evidence handling there. He can also ask the presiding District Judge to inquire into the attorney/client relationship. Because the criminal charges against him are pending, and Willis can (in general) ventilate his concerns there, this Court abstains and stays Willis's civil case until the criminal charges have been resolved. *Compare Wallace v. Kato*, 549 U.S. 384, 393-94 (2007).

\*   \*   \*

The Court directs the Clerk to stay and administratively terminate this case. Willis can move to reopen this case after final disposition of his criminal case, including any appeal. Any motion to reopen must be filed within sixty days of that final disposition. If Willis doesn't file

a timely motion to reopen or a status report by 15 May 2026, then the Court will reopen the case and dismiss it without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 May 2025