IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **CLEOTIS WILLIS**<br>**#202401938** | PLAINTIFF |
| v.  No. 4:25-cv-97-DPM | |
| B. MOYSTER, #9463, Patrol Officer, North Little Rock Police Department; J. EDWARDS, #0515, Patrol Officer, North Little Rock Police Department; N. STEWART, #7240, Patrol Officer, North Little Rock Police Department; J. MAYNARD, #4748, Investigator, North Little Rock Police Department; T. BARBER, #9622, Investigator, North Little Rock Police Department; WILLIAM DANIEL SHELTON, JR., Attorney at Law, Federal Public Defender's Officer; LATRECE E. GRAY, Attorney at Law, Federal Public Defender's Office; DOMINIQUE KING, Attorney at Law, DTK Legal Solutions P.C.; GARRY J. CORROTHERS, Attorney at Law, CJA Appointment; SHAWN TOBIN, Investigator, Federal Public Defender's Office; NORTH LITTLE ROCK POLICE DEPARTMENT; LISA PETERS, Head Public Defender, Public Defender's Office; and DOE, Chemist #2021-014865, Arkansas State Crime Lab | DEFENDANTS |

## ORDER

Motion for status update, *Doc. 8*, granted. The Court entered its last Order, *Doc. 7*, in the interval between mailing and receipt of the motion. The Clerk is directed to send Willis a copy of the docket sheet.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 May 2025