IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CLEOTIS WILLIS                                              PLAINTIFF
#202401938

v.                          No. 4:25-cv-97-DPM

B. MOYSTER, #9463, Patrol Officer, North             DEFENDANTS
Little Rock Police Department;  J.
EDWARDS, #0515, Patrol Officer, North
Little Rock Police Department;  N.
STEWART, #7240, Patrol Officer, North Little
Rock Police Department;  J. MAYNARD,
#4748, Investigator, North Little Rock Police
Department;  T. BARBER, #9622,
Investigator, North Little Rock Police
Department;  WILLIAM DANIEL
SHELTON, JR., Attorney at Law, Federal
Public Defender's Officer;  LATRECE E.
GRAY, Attorney at Law, Federal Public
Defender's Office;  DOMINIQUE KING,
Attorney at Law, DTK Legal Solutions P.C.;
GARRY J. CORROTHERS, Attorney at Law,
CJA Appointment;  SHAWN TOBIN,
Investigator, Federal Public Defender's
Office;  NORTH LITTLE ROCK POLICE
DEPARTMENT;  LISA PETERS, Head
Public Defender, Public Defender's Office;
and DOE, Chemist #2021-014865, Arkansas
State Crime Lab

## ORDER

Willis's status report, *Doc. 10,* is appreciated.  His motion to reopen, *Doc. 11,* is denied without prejudice.   His criminal trial is set for 27 July 2026.  *United States v. Willis,* No. 4:22-cr-84-KGB (E.D. Ark.). This case remains stayed and administratively terminated pending the conclusion and any appeal of his criminal case.  Willis must move to reopen within sixty days of that final resolution.  If he doesn't file a timely motion to reopen or a second status report by 17 May 2027, the Court will reopen this case and dismiss it without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13 May 2026_

- 2 -