**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CLEOTIS WILLIS**
**#202401938** **PLAINTIFF**

**v.** **No. 4:25-cv-97-DPM**

**B. MOYSTER, #9463, Patrol Officer, North Little Rock Police Department; J. EDWARDS, #0515, Patrol Officer, North Little Rock Police Department; N. STEWART, #7240, Patrol Officer, North Little Rock Police Department; J. MAYNARD, #4748, Investigator, North Little Rock Police Department; T. BARBER, #9622, Investigator, North Little Rock Police Department; WILLIAM DANIEL SHELTON, JR., Attorney at Law, Federal Public Defender's Officer; LATRECE E. GRAY, Attorney at Law, Federal Public Defender's Office; DOMINIQUE KING, Attorney at Law, DTK Legal Solutions P.C.; GARRY J. CORROTHERS, Attorney at Law, CJA Appointment; SHAWN TOBIN, Investigator, Federal Public Defender's Office; NORTH LITTLE ROCK POLICE DEPARTMENT; LISA PETERS, Head Public Defender, Public Defender's Office; and DOE, Chemist #2021-014865, Arkansas State Crime Lab** **DEFENDANTS**

**ORDER**

Willis asks this Court to speed up his criminal trial. It cannot. That trial is set for 13 October 2026 in front of Chief Judge Baker. *United States v. Willis*, No. 4:22-cr-84-KGB (E.D. Ark.). This civil case remains stayed and administratively terminated pending the conclusion and any appeal of his criminal case. Willis must move to reopen within sixty days of that final resolution. If he doesn't file a timely motion to reopen or a status report by 17 May 2027, the Court will reopen the case and dismiss it without prejudice. Motion, *Doc. 13*, denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

10 August 2026