IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CLEOTIS WILLIS
#202401938

PLAINTIFF

v. No. 4:25-cv-97-DPM

B. MOYSTER, #9463, Patrol Officer, North Little Rock Police Department; J. EDWARDS, #0515, Patrol Officer, North Little Rock Police Department; N. STEWART, #7240, Patrol Officer, North Little Rock Police Department; J. MAYNARD, #4748, Investigator, North Little Rock Police Department; T. BARBER, #9622, Investigator, North Little Rock Police Department; WILLIAM DANIEL SHELTON, JR., Attorney at Law, Federal Public Defender's Officer; LATRECE E. GRAY, Attorney at Law, Federal Public Defender's Office; DOMINIQUE KING, Attorney at Law, DTK Legal Solutions P.C.; GARRY J. CORROTHERS, Attorney at Law, CJA Appointment; SHAWN TOBIN, Investigator, Federal Public Defender's Office; NORTH LITTLE ROCK POLICE DEPARTMENT; LISA PETERS, Head Public Defender, Public Defender's Office; and DOE, Chemist #2021-014865, Arkansas State Crime Lab

DEFENDANTS

## ORDER

**1.** Embedded motion for copies, *Doc. 16*, granted. The Court directs the Clerk to send Willis a copy of the docket sheet and *Doc. 13*.

**2.** Willis must address matters about his pending criminal case through his lawyers and in that case.

**3.** Motion to change venue, *Doc. 17*, denied. Venue is proper here. 28 U.S.C. § 1391(b). Willis's concerns about impartiality and conflicts of interest do not justify transferring the case. 28 U.S.C. § 1404(a); *Terra International, Inc. v. Mississippi Chemical Corp.*, 119 F.3d 688, 691, 696 (8th Cir. 1997). Nothing in his motion supports disqualification or transfer. This case remains stayed and administratively terminated pending the conclusion and any appeal of his criminal case. Willis must move to reopen within sixty days of that final resolution.

So Ordered.

D.P. Marshall Jr.
United States District Judge

16 September 2026